PEOPLE V GIBBONS, No. 153459; Court of Appeals No. 330909.

PEOPLE V LUCAJ, No. 153460; Court of Appeals No. 331129.

PEOPLE V TAJICK JACKSON, No. 153462; Court of Appeals No. 331213.

PEOPLE V FEEK, No. 153475; Court of Appeals No. 331100.

PEOPLE V WATERS, No. 153478; Court of Appeals No. 331071.

PEOPLE V KEON DAVIS, No. 153484; Court of Appeals No. 319483.

PEOPLE V HENKE, No. 153487; Court of Appeals No. 324358.

PEOPLE V NICHOLAS JACKSON, No. 153493; Court of Appeals No. 330958.

PEOPLE V LOVE, No. 153494; Court of Appeals No. 324542.

PEOPLE V JEMEAL HALL, No. 153510; Court of Appeals No. 330542.

PEOPLE V CLARENCE MOORE, No. 153559; Court of Appeals No. 329700.

PEOPLE V THORNTON, No. 153714; Court of Appeals No. 327669.

BONOMO V KANAKRY, No. 153750; Court of Appeals No. 331739.

PEOPLE V WRIGHT, No. 153809; Court of Appeals No. 329023.

DEBOER V STRICKLAND, No. 153843; Court of Appeals No. 329765.

*Reconsideration Denied July 26, 2016:*

PEOPLE V MOSHER, No. 151971; Court of Appeals No. 320444. Leave to appeal denied at 499 Mich 914.

SHEPARD V DEPARTMENT OF HEALTH AND HUMAN SERVICES, No. 152574; Court of Appeals No. 327857. Leave to appeal denied at 499 Mich 915.

PEOPLE V TISDALE, No. 152580; Court of Appeals No. 327135. Leave to appeal denied at 499 Mich 915.

PEOPLE V LIMON, No. 152693; Court of Appeals No. 328701. Leave to appeal denied at 499 Mich 916.

PEOPLE V DEAN, No. 152869; Court of Appeals No. 328705. Leave to appeal denied at 499 Mich 928.

THE VICTOR FIRM, PLLC V FROLING, No. 152885; Court of Appeals No. 327504. Leave to appeal denied at 499 Mich 899.

HARVEY-BEY V CENTRAL MICHIGAN CORRECTIONAL FACILITY WARDEN, No. 152892; Court of Appeals No. 328904. Leave to appeal denied at 499 Mich 917.

PEOPLE V MCCRORY, No. 152961; Court of Appeals No. 311205. Leave to appeal denied at 499 Mich 929.